**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TANYA BROWN**                                                                                **PLAINTIFF**

**V.**                                                  **4:24CV001098 JM**

**AREA AGENCY ON AGING
OF SOUTHEAST ARKANSAS, INC.**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the order filed on this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 24th day of June, 2026.

_____
James M. Moody Jr.
United States District Judge